UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

GEORGE PERINA,

                        Plaintiff,

        - against -

BH MEDIA GROUP, INC.

                        Defendant.

Docket No. 8:18-cv-404

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff George Perina ("Perina" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant BH Media Group, Inc. ("BH Media" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a scuba diver, owned and registered by Perina, a professional photographer. Accordingly, Perina seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Nebraska.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Perina is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 1005 Oak Street, Ocean Springs, Mississippi 39564.

6.      Upon information and belief, BH Media is a foreign business corporation duly organized and existing under the laws of the State of Nebraska, with a place of business at 1314 Douglas Street, Omaha, Nebraska 68102. Upon information and belief BH Media is registered with the Nebraska Department of State Division of Corporations to do business in the State of Nebraska. At all times material, hereto, BH Media has owned and operated a website at the URL: www.dothaneagle.com (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Perina photographed a scuba diver (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Perina is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with the United States Copyright Office and was given registration number VA 2-098-273 and titled "8_12_2010_George Perina.jpg."  See Exhibit C.

**B.      Defendant's Infringing Activities**

10.      BH Media ran an article on the Website titled *Vortex Spring*.  See URL

https://www.dothaneagle.com/lifestyles/vortex-spring/collection_ff385580-f00e-11e2-8993-

001a4bcf6878.html#1.  The article prominently featured the Photograph. A screen shot of the

Photograph on the article is attached hereto as Exhibit D.

11.      BH Media did not license the Photograph from Plaintiff for its article, nor did BH

Media have Plaintiff's permission or consent to publish the Photograph on its Website.

## FIRST CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST BH MEDIA)
### (17 U.S.C. §§ 106, 501)

12.      Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-11 above.

13.      BH Media  infringed Plaintiff's copyright in the Photograph by reproducing and

publicly displaying the Photograph on the Website. BH Media  is not, and has never been,

licensed or otherwise authorized to reproduce, publically display, distribute and/or use the

Photograph.

14.      The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

15.      Upon information and belief, the foregoing acts of infringement by Defendant

have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's

rights.

16.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## SECOND CLAIM FOR RELIEF
## INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST BH MEDIA
## (17 U.S.C. § 1202)

17.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-17 above.

18.     Upon information and belief, intentionally and knowingly removed copyright

management information identifying Plaintiff as the photographer of the Photograph.

19.     The conduct of BH Media  violates 17 U.S.C. § 1202(b).

20.     Upon information and belief, BH Media 's falsification, removal and/or alteration

of the aforementioned copyright management information was made without the knowledge or

consent of Plaintiff.

21.     Upon information and belief, the falsification, alteration and/or removal of said

copyright management information was made by BH Media  intentionally, knowingly and with

the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the

Photograph. BH Media  also knew, or should have known, that such falsification, alteration

and/or removal of said copyright management information would induce, enable, facilitate, or

conceal their infringement of Plaintiff's copyright in the Photograph.

22.     As a result of the wrongful conduct of BH Media  as alleged herein, Plaintiff is

entitled to recover from BH Media  the damages, that he sustained and will sustain, and any

gains, profits and advantages obtained by BH Media  because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

23.     Alternatively, Plaintiff may elect to recover from BH Media  statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant BH Media  be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     The Defendant BH Media  be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3.     That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

4.     That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6.      That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to

17 U.S.C. § 1203(b);

7.      That Plaintiff be awarded pre-judgment interest; and

8.      Such other and further relief as the Court may deem just and proper.


## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).


Dated: Valley Stream, New York
        August 23, 2018

                                        LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/Richard Liebowitz
                                        Richard P. Liebowitz
                                        11 Sunrise Plaza, Suite 305
                                        Valley Stream, New York 11580
                                        Tel: (516) 233-1660
                                        RL@LiebowitzLawFirm.com

                                        *Attorneys for Plaintiff George Perina*