IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEORGE PERINA, | |
| Plaintiff, | 8:18-CV-404 |
| vs. | |
| BH MEDIA GROUP, INC., | JUDGMENT |
| Defendant. | |

On the plaintiff's notice of dismissal with prejudice (filing 6), the plaintiff's claims against the defendant are dismissed with prejudice.

Dated this 7th day of September, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge